THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

ROBERT A. JOHNSON,

                Plaintiff,

    v.

QBE INSURANCE COMPANY,

                Defendant.

CASE NO. C24-5426-JCC

MINUTE ORDER

10
11
12
13
14
15

     The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17       This matter comes before the Court on the parties' stipulation and order for dismissal

18  (Dkt. No. 24). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed

19  without a court order if there is a "stipulation of dismissal signed by all parties who have

20  appeared." Accordingly, the parties' stipulation here is self-executing and this action is

21  DISMISSED with prejudice and without costs or fees to any party. The Clerk is DIRECTED to

22  close this case.

23  //

24  //

25  //

26  //

MINUTE ORDER
C25-5426-JCC
PAGE - 1

1    DATED this 17th day of December 2025.

2                                                    Ravi Subramanian
                                                     Clerk of Court

3
                                                     s/Kathleen Albert
4                                                    Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26